| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
First Class Moving Systems of North Jersey, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  World Class Moving Systems

**3. Debtor's federal Employer Identification Number (EIN)**  
92-0843519

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5E Easy St.<br>Bound Brook, NJ 08805 | 5431 Beaumont Center Blvd., #1110<br>Tampa, FL 33634 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Somerset | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **First Class Moving Systems of North Jersey, Inc.**   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor **First Class Moving Systems of North Jersey, Inc.**   Case number (*if known*) _____
       Name

List all cases. If more than 1, attach a separate list

Debtor District **See Attachment**   When _____   Relationship _____   Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
             Contact name _____
             Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **First Class Moving Systems of North Jersey, Inc.**   Case number (*if known*) _____
       Name

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/09/2025
             MM / DD / YYYY

X  /s/ Christopher J. Hunt                    **Christopher J. Hunt**
Signature of authorized representative of debtor   Printed name

Title   **Vice President**

---

**18. Signature of attorney**   X  **/s/ Scott A. Stichter**            Date   **4.10.2025**
       Signature of attorney for debtor                          MM / DD / YYYY

**Scott A. Stichter**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **(813) 229-0144**      Email address   **sstichter@srbp.com**

**710679 FL**
Bar number and State

Debtor **First Class Moving Systems of North Jersey, Inc.**  Case number (*if known*)
       Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (*if known*) _____  Chapter **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Capital Asset Finance, Inc.** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Division** | When | Case number, if known | |
| Debtor | **FC Equipment Leasing, Inc.** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Divison** | When | Case number, if known | |
| Debtor | **First Class Commercial Services of Orlando, Inc.** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Divison** | When | Case number, if known | |
| Debtor | **First Class Moving of South Florida, Inc.** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Divison** | When | Case number, if known | |
| Debtor | **First Class Moving Systems, Inc.** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Division** | When | Case number, if known | |

```
Ace Walco Termite & Pest Control
P.O. Box 4130
Linden, NJ 07036-3201

Allied Agents Association
1809 North Mill Street, Suite B
Naperville, IL 60563

Associated Builders and Contractors New
139 Gaither Driver Suite I
Mount Laurel, NJ 08054

C. Gregory Watts, Esq.
171 Main St.
Flemington, NJ 08822

Cooperative Communications, Inc.
P.O. Box 903
Belleville, NJ 07109-0903

Custom Movers Services, Inc.
3290 Kent Road
Stow, OH 44224

Express Services, Inc. - Atlanta, GA
P.O. Box 945434
Atlanta, GA 30394-5434

Ferrellgas, LP
One Liberty Plaza
Liberty, MO 64068

First Class Moving Systems, Inc.
5431 Beaumont Center Blvd., #1110
Tampa, FL 33634

High Definition Logistics
2100 Greenwood Drive, Suite 140
Southlake, TX 76092

Jamie Gragg
c/o Brian D. Gottlieb, Esq.
RTRLaw, LLP
707 N. Franklin St., 8th Floor
Tampa, FL 33602

Move Sales, Inc.
P.O. Box 4455
Scottsdale, AZ 85261-4455
```

Northeast Great Dane
Lockbox 88899
Milwaukee, WI 53288-0899

Penn Power Group, LLC
8330 State Road
Philadelphia, PA 19136

PSE&G New Jersey
P.O. Box 14444
New Brunswick, NJ 08906

Republic Services #689
PO Box 9001099
Louisville, KY 40290-1099

Roc Relocation LLC
7 Elizabeth Ave
Pompton Plains, NJ 07444

Royal Cabinet Company, Inc
15E Easy Street
Bound Brook, NJ 08805

Scotty's Tire Service, LLC
2558 Plainfield Avenue
Scotch Plains, NJ 07076

Securitas Technology Corporation
PO Box 643731
Pittsburgh, PA 15264-3731

Simonik Moving & Storage, Inc.
and James Simonik
P.O. Box 6949
Bridgewater, NJ 08807

State of New Jersey
Dept of Labor & Workforce Development
Division of Employer Accounts
Trenton, NJ 08646-0929

State of New Jersey, Div. of Fire Safety
DCA BFCE - DORES
PO Box 663
Trenton, NJ 08646-0663

Thor Middlebrook LLC
Thor Equities
25 West 39th Street, 3rd Floor

New York, NY 10018

TransGuard General Agency, Inc.
PO Box 896496
Charlotte, NC 28289-6496

United Brokerage Packaging
PO Box 1866
Augusta, GA 30903